JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 2036 JADE HILLS COURT, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:22-mj-00751-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A BLACK 2008 FORD F-150, BEARING VEHICLE IDENTIFICATION NUMBER (VIN) 1FTRF12258KE94317 AND NEVADA LICENSE PLATE NUMBER "390N16" | Case No. 2:22-mj-00752-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL** |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and JEAN N. RIPLEY, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases.

///

///

1

Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery to counsel for the defendants in United States v. Montes, 2:22-cr-JCM-NJK.

DATED this 6th day of December, 2022.

Respectfully,

JASON M. FRIERSON
United States Attorney

_____
JEAN N. RIPLEY
Assistant United States Attorney

```
JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov
```
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS 2036 JADE HILLS COURT, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | Case No. 2:22-mj-00751-VCF<br><br>**ORDER** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A BLACK 2008 FORD F-150, BEARING VEHICLE IDENTIFICATION NUMBER (VIN) 1FTRF12258KE94317 AND NEVADA LICENSE PLATE NUMBER "390N16" | Case No. 2:22-mj-00752-VCF<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 7th day of December, 2022.

_____
HONORABLE JUDGE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3